# Order

Michigan Supreme Court
Lansing, Michigan

November 27, 2019

157032

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

RYAN WILLIAM SCHURZ,
   Defendant-Appellant.

SC: 157032
COA: 340420
Jackson CC: 16-004640-FH

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____/

By order of July 3, 2018, the application for leave to appeal the November 28, 2017 order of the Court of Appeals was held in abeyance pending the decision in *People v Dixon-Bey* (Docket No. 156746). On order of the Court, leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk

a1120